# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

U.S. Bank National Association, as trustee under the
trust agreement Structured Asset Securities
Corporation Structured Asset Investment Loan Trust  CASE NUMBER: 1:10-cv-8180
Mortgage Pass-Through Certificates, Series 2005-
HE1 Securitization Servicing Agreement Dated as
of July 1, 2005,

                          PLAINTIFF

                    VS.                    DISTRICT JUDGE: John W. Darrah

Rachel Pinson,                            MAGISTRATE JUDGE: Nan R. Nolan

                      DEFENDANT(S).

## MOTION TO DISMISS CASE

Plaintiff, U.S. Bank National Association, by counsel, James N. Pappas of Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Case without Prejudice, and states:

1.    On December 26, 2010, Plaintiff filed its Complaint for Foreclosure.

2.    Plaintiff has accepted payments from the Defendant.

WHEREFORE, counsel for Plaintiff, U.S. Bank National Association, respectfully requests that the Case be dismissed without prejudice, and for all other relief just and proper.

                                                      Respectfully submitted,
                                                      BURKE COSTANZA & CARBERRY LLP

                                                      By: /s/ James N. Pappas
                                                      James N. Pappas, #6291873
                                                      222 South Riverside Plaza, Ste. 2943
                                                      Chicago, IL 60606
                                                      Phone: (219) 769-1313